**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| ABDULLAH WAHIDI, | Case No. SACV 17-1377 PA (SS) |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| JOSIE GASTELO, Warden, | **RECOMMENDATIONS OF UNITED** |
| Respondent. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed a request for a certificate of appealability (Doc. No. 14), in which he indicated that he has declined to file Objections. However, the request for a certificate of appealability raises objections to the conclusions reached in the Report and Recommendation. Therefore, the Court will construe the arguments in Petitioner's request for a certificate of appealability in the alternative as Objections to the Report and Recommendation. After having made a de novo determination of the portions of the Report and Recommendation to which objections were directed, the Court

concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  May 14, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2