# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH WAHIDI, | Case No. SACV 17-1377 PA (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  May 14, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE